THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES ORLANDO, Appellant, Impleaded with Others.

Argued April 29, 1942; decided May 28, 1942.

*Maurice Edelbaum* and *Leon Fischbein* for appellant.

*Frank S. Hogan, District Attorney (Richard G. Denzer* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.